UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXA-USA, CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FARNESE TERRA, INCORPORATED,<br><br>    Defendant. | Case No. 22-cv-01429-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Re: Dkt. Nos. 22, 15 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Grant in Part and Deny in Part Motion to Confirm Arbitration Award. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Arbitration Award is CONFIRMED. EXA's request for attorney's fees is GRANTED IN PART and DENIED IN PART, and EXA is awarded $11,205.00 in attorney's fees. The Clerk is directed to enter judgment in favor of Plaintiff and close the case.

**IT IS SO ORDERED.**

Dated: 4/3/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge